Dennis Lee Townsend et al v. Menu Foods Limited et al                                                                                           Doc. 1

**ORIGINAL**                                                                                      P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 07-398-GHK (AJWx) | Date | May 16, 2007 |
|---|---|---|---|

| Title | *Townsend, et al. v. Menu Foods Income Fund, et al.* |
|---|---|

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None                                                            None

**Proceedings:** (In Chambers) Order re: Defendants' *Ex Parte* Application for an Order Shortening Time to Hear Motion to Stay All Proceedings

This matter is before the Court on Defendants' *Ex Parte* Application for an Order Shortening Time to Hear Motion to Stay All Proceedings ("Application"). We have considered the papers filed in support of this Application, and deem this matter appropriate for resolution without oral argument. L.R. 7-15.

The Application is **GRANTED**. The Defendants' Motion to Stay ("Motion") is hereby **TAKEN OFF CALENDAR**, and its hearing date is **VACATED**. Plaintiffs **SHALL** file any opposition to the Motion by no later than May 23, 2007, *see* L.R. 7-12, after which the Motion will be taken under submission.

**IT IS SO ORDERED.**

Initials of Preparer    Bea



Dockets.Justia.co