```
 1  Jean M. Lawler (SBN 91254)
    jlawler@murchisonlaw.com
 2  Gina E. Och (SBN 170520)
    goch@murchisonlaw.com
 3  MURCHISON & CUMMING, LLP
    801 South Grand Avenue, 9th Floor
 4  Los Angeles, California  90017-4613
    Telephone: (213) 623-7400
 5  Facsimile: (213) 623-6336

 6  Attorneys for Defendants,
    MENU FOODS INCOME FUND, MENU
 7  FOODS, INC., MENU FOODS LIMITED,
    MENU FOODS MIDWEST CORP., MENU
 8  FOODS SOUTH DAKOTA INC., and
    MENU
 9  FOODS HOLDINGS INC.
```

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S DISTRICT COURT
MAY 2 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS LEE TOWNSEND, GLENNA TOWNSEND, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS LIMITED, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA INC., MENU FOODS HOLDINGS INC, NESTLE SA, NESTLE HOLDINGS, INC., NESTLE USA INC., NESTLE PURINA PETCARE CO., CHEMNUTRA INC. and DOES 1 through 100 Inclusive,<br><br>            Defendants. | CASE NO. CV-07-00398 GHK (AJWx)<br><br>[PROPOSED] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE<br><br>**NOTE CHANGES MADE BY THE COURT.**<br><br>Date:   June 11, 2007<br>Time:   9:30 a.m.<br>Ctrm:   650<br><br>Judge:  Hon. George H. King |

//
//
//
//
//

DOCKETED ON CM
MAY 2 4 2007
021

1  On ___5/22___, 2007, defendants, MENU FOODS INCOME FUND, MENU
2  FOODS, INC., MENU FOODS LIMITED, MENU FOODS MIDWEST CORP., MENU
3  FOODS SOUTH DAKOTA INC., and MENU FOODS HOLDINGS INC.'s Motion to
4  Stay All Proceedings came on regularly for hearing before the Honorable George H.
5  King, Judge presiding in the above-entitled action.
6  Having considered the motion, the papers filed in support thereof and in
7  opposition thereto, all relevant authorities, ~~the oral argument of counsel~~, and the case
8  file, the Court hereby,
9  **IT IS ORDERED AND ADJUDGED** that this matter, including the deadlines for
10 the parties to participate in class certification and other pretrial proceedings, be stayed
11 pending [handwritten: decision by the Panel on Multi-District Litigation on the pending motions to transfer & coordinate/consolidate pending actions.] ~~the establishment of In re: Pet Food Products Liability Litigation, MDL Docket~~
12 ~~No. 1850, and the potential subsequent transfer of this case for coordinated pretrial~~ [handwritten: Counsel shall file a joint status report w/in 48 hrs of such decision by the MDL Panel or within 30 days hereof whichever]
13 ~~proceedings with other actions pending throughout the country.~~ [handwritten: is sooner.]
14 **IT IS FURTHER ORDERED** that all parties shall, during the pendency of the
15 stay of this matter, comply with their duty to preserve all evidence that may be relevant
16 to this action. This duty extends to documents, electronic data, and tangible things in the
17 possession, custody and control of the parties to this action, and any employees, agents,
18 contractors, or carriers who possess materials reasonably anticipated to be the subject of
19 discovery in this action. "Preservation" is to be interpreted broadly to accomplish the
20 goal of maintaining the integrity of all documents, data and tangible things reasonably
21 anticipated to be the subject of discovery under Federal Rules of Civil Procedure 26, 45
22 and 56(e) in this action. Preservation includes taking reasonable steps to prevent the
23 partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping,
24 relocation, migration, theft, or mutation of such material, as well as negligent or
25 intentional handling that would make material incomplete or inaccessible. If the
26 business practices of any party involve the routine destruction, recycling, relocation, or
27 mutation of materials, the party must, to the extent practicable for the pendency of this
28  order, either:

1     (i)    halt such business practices;

2     (ii)   sequester or remove such material from the business process; or

3    (iii)  arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

DATED: 5/22/07

THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 11, 2007, I served true copies of the following document described as **[PROPOSED] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2007, at Los Angeles, California.

_____
MARJORIE K. DE JOHNETTE

## SERVICE LIST

| | |
|---|---|
| Cheryl A. Williams, Esq.<br>Jeff S. Westerman, Esq.<br>Michiyo Michelle Furukawa, Esq.<br>Sabrina S. Kim, Esq.<br>MILBERG WEISS<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Tele: (213) 617-1200<br>Fax: (213) 617-1975 | Plaintiffs, Dennis Lee Townsend and Glenna Townsend |
| Anthony G. Brazil, Esq.<br>David J. Vendler, Esq.<br>Megan S. Wayne, Esq.<br>Wendi J. Frisch, Esq.<br>MORRIS, POLICH & PURDY<br>1055 West 17th Street, 24th Floor<br>Los Angeles, CA 90017-2503<br>Tele: (213) 891-9100 | |